■ In the Matter of BRENDA S. WOLCOTT-KELLY, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [999 NYS2d 915]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Jan. 21, 2015.)

■ In the Matter of LAWRENCE BAKER, for Reinstatement to the Practice of Law in the State of New York. [999 NYS2d 914]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Jan. 21, 2015.)

■ In the Matter of NANCY MEIER LIPPER, an Attorney, Resignor. [999 NYS2d 788]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Jan. 7, 2015.)

■ In the Matter of RICHARD MICHAEL SWEENEY, JR., an Attorney, Resignor. [999 NYS2d 788]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Jan. 29, 2015.)